UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CHRISTOPHER HUGGETT,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
                                               /

Case No. 16-12955

Honorable John Corbett O'Meara

**ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S
JULY 31, 2017 REPORT AND RECOMMENDATION**

    The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Elizabeth A. Stafford's July 30, 2017 Report and Recommendation, as well as Plaintiff's August 14, 2017 objections to the report and Defendant's August 28, 2017 response to those objections.

    After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Stafford's Report and Recommendation is **ADOPTED.**

    It is further **ORDERED** that plaintiff Huggett's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED.**

    It is further **ORDERED** that the Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of 42 U.S.C. § 405(g).

                                          s/John Corbett O'Meara
                                          United States District Judge

Date:  September 7, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 7, 2017, using the ECF system.

                                      s/William Barkholz
                                      Case Manager